PUBLIC CITIZEN, INC.; McCracken Poston; Ralph Paige; Betty Lee Sargent, Plaintiffs–Appellants,

v.

Zell MILLER, Governor of the State of Georgia; Max Cleland, Secretary of State of the State of Georgia and Director, Georgia State Board of Elections; Paul Coverdell, Defendants–Appellees.

No. 93–8273.

United States Court of Appeals, Eleventh Circuit.

June 14, 1993.

Kenneth S. Canfield, Doffermyre Shields Canfield & Knowles, Atlanta, GA, for plaintiffs-appellants.

Mark Cohen, Asst. Atty. Gen., Michael P. Kenney, Alston & Bird, Atlanta, GA, for defendants-appellees.

Before FAY and DUBINA, Circuit Judges, and HENDERSON, Senior Circuit Judge.

PER CURIAM:

The judgment of the district court is AFFIRMED for the reasons set forth in the Order entered by that court on January 4, 1993, 813 F.Supp. 821.